IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01503-WJM-MEH

EDWARD E. BURR,

      Plaintiff,

v.

SHAEL MOYER,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 23, 2011.**

      Plaintiff's Motion to Quash or Limit Subpoena and Submission of Documents In-Camera [filed June 20, 2011; docket #28] is **granted** as follows. The Court reviewed the documents submitted in camera and concludes that the privilege log presented by Plaintiff is accurate, and such documents are protected by the work product doctrine. The Court further agrees with Plaintiff that the remaining documents are irrelevant and need not be produced, with the one caveat stated below. The Court thus quashes Defendant's Subpoena Duces Tecum as to the documents reviewed in camera.

      The Court notes that two documents related to the parties in the above-stated caption were included as attachments to emails irrelevant to the litigation: an Inspection Notice dated January 25, 2010, and signed by Defendant (METZLER_IN_CAMERA_499-500), and a letter, agreement, and resulting report by Complete Home Inspection Services, Inc. for Defendant (identified as "Client") (METZLER_IN_CAMERA_517-578). In the unlikely event that Defendant is not already in possession of either of these documents, the Court instructs Plaintiff to disclose these documents to Defendant.